# Time List

Print | Close Window

| Date | Client Name | Project | Description | Hours | Time In Minutes |
|------|-------------|---------|-------------|-------|-----------------|
| 9/29/2022 | Pierce/Bankruptcy | Pierce Modified Plan | Review IRS Amended POC Review return/file, Letter to client re: IRS POC | 0.40 | 24 |
| 10/28/2022 | Pierce/Bankruptcy | Pierce Modified Plan | Phone call with Client to discuss Amended IRS Claim, Social Security increase, Amending I&J and a modified Plan in response to Motion to Dismiss. Discussed plan payments are current and the increase as of January 2023, prepare amendments per discussion | 1.20 | 72 |
| 11/2/2022 | Pierce/Bankruptcy | Pierce Modified Plan | File Amended I & J, Modified Plan, Prepare and file Motion to Modify Plan Post Confirmation | 0.90 | 54 |
| 11/3/2022 | Pierce/Bankruptcy | Pierce Modified Plan | Prepare and file response to Motion to Dismiss | 0.25 | 15 |
| 12/8/2022 | Pierce/Bankruptcy | Pierce Modified Plan | Attend Modified Plan Hearing/Motion to Dismiss (telephonic) | 0.30 | 18 |
| **TOTALS** | | | | **3.05** | **183** |

# Expense List

Print | Close Window

| Date | Client Name | Project | Type | Description | Quantity | Unit Amount | Amount |
|------|-------------|---------|------|-------------|----------|-------------|--------|
| 11/2/2022 | Pierce/Bankruptcy | Pierce Chapter 13 | Postage | Postage for mailing of Modified Plan/Motion to Modify | 15.00 | 0.780 | $11.70 |
| **TOTALS** | | | | | **15.00** | | **$11.70** |